# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ASHLEY JENNINGS,**

     **Plaintiff,**

                            **CASE NO.:   8:20-cv-02596-SCB-CPT**

**v.**

**OLD MCMICKY'S FARM, LLC,**

     **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSALWITH PREJUDICE

Plaintiff, ASHLEY JENNINGS, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action with prejudice, and with each party to bear its own attorney's fees, costs and disbursements.

Dated this 28th day of December, 2020.

                    Respectfully submitted,

                    _/s/Christopher J. Saba_
                    **Christopher J. Saba**
                    Florida Bar No. 092016
                    Wenzel Fenton Cabassa P.A.
                    1110 N. Florida Avenue
                    Suite 300
                    Tampa, Florida 33602
                    Main No.: 813-224-0431
                    Direct No.: 813-321-4086
                    Facsimile No.: 813-229-8712
                    Email: csaba@wfclaw.com
                    Email: tsoriano@wfclaw.com
                    **Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 28th day of December, 2020, the foregoing was electronically filed using the Florida Courts E-Filing Portal:

*/s/Christopher J. Saba*
**Christopher J. Saba**